```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:07-00155-01

BROOKE BROWN

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to reduce her sentence/for compassionate release. (Doc. # 26). The court may not modify a term of imprisonment once it has been imposed except in very limited circumstances, none of which are present here. See 18 U.S.C. § 3582(c); U.S. v. Hudson, 2002 WL 1980686 (10th Cir. 2002); U.S. v. Fraley, 988 F.2d 4 (4th Cir. 1993).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 24th day of June, 2010.

                              ENTER:

                              _____
                              David A. Faber
                              Senior United States District Judge